UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
THURMAN TURNER,                     :
                                    :
                    Plaintiff,      :    19cv11271 (DLC)
                                    :
         -v-                        :    ORDER
                                    :
CITY OF NEW YORK, JOHN DOE, AND     :
RICHARD ROE                         :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

On January 16, 2020, the plaintiff filed a letter asserting that the City of New York is in default. But the plaintiff has not filed the required affidavit proving that the summons and complaint has been served on the City of New York. See Fed. R. Civ. P. 4(*l*) ("Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."). Accordingly, it is hereby,

ORDERED that the plaintiff shall file proof of service compliant with the Federal Rules of Civil Procedure.

Dated:    New York, New York
          January 17, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge