```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
THURMAN TURNER,                           :
                                          :
                      Plaintiff,          :    19cv11271 (DLC)
           -v-                            :
                                          :         ORDER
CITY OF NEW YORK, JOHN DOE, AND           :
RICHARD ROE                               :
                                          :
                      Defendants.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of April 14, 2020 instructed plaintiff to file a letter on ECF indicating (1) whether a § 160.50 release conforming to Local Rule 83.10 had been served and (2) whether plaintiff sought damages for which a medical release would be required under L.R. 83.10(1)(b).

On April 15, plaintiff's counsel filed a letter showing that the § 160.50 release was provided on March 19, 2020.  Under local rule, such a release must be served "[a]t the same time that plaintiff serves the complaint."  L.R. 83.10(1)(a).  The complaint in this case was served on December 13, 2019.  Plaintiff's non-compliance with the local rule has delayed resolution of this case by approximately three months.  In addition, the documentation attached to counsel's April 15 letter includes the plaintiff's date of birth and social security number.  Under Rule 5.2(a), Fed. R. Civ. P., this

matter should have been redacted from the filing.  Plaintiff's counsel also attached a document that was sealed pursuant to N.Y. Crim. Proc. Law § 160.50.  Such documents shall "be sealed and not made available to any person or public or private agency," except under exceptions not applicable here.  Id. § 160.50(1)(c).

In addition, plaintiff's counsel filed an April 16 letter that disclosed the amount of plaintiff's settlement position.  Plaintiff's counsel is warned to diligently comply with applicable statutes, rules, and court orders.  It is hereby

ORDERED that defendants' deadline to answer or otherwise respond to the complaint is **July 17, 2020.**

IT IS FURTHER ORDERED that the Clerk of Court shall electronically seal attachments two and three to plaintiff's April 15, 2020 letter, Dkt. No 14.  These documents should be available only to the plaintiff and defendant City of New York.


Dated:    New York, New York
          April 17, 2020

                                        _____
                                             DENISE COTE
                                        United States District Judge