```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
THURMAN TURNER,                        :
                                       :
                    Plaintiff,         :      19cv11271 (DLC)
                                       :
          -v-                          :           ORDER
                                       :
CITY OF NEW YORK, JOHN DOE, and        :
RICHARD DOE,                           :
                                       :
                    Defendants.        :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

On December 30, 2020, defendant City of New York filed a motion to dismiss the complaint.  Accordingly, it is hereby

ORDERED that the plaintiff shall file its opposition to the motion to dismiss by **Friday, January 15, 2021**.  Any reply is due **Friday, January 22**.  The initial pretrial conference shall proceed as scheduled on **Friday, January 15** at **10:00 a.m.** as a telephone conference.  The dial-in credentials for the telephone conference are the following:

```
          Dial-in:       888-363-4749
          Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:     New York, New York
           January 5, 2021

_____
                    DENISE COTE
         United States District Judge