Gary S. Fish, Esq. (GSF   6551)
Attorney for the Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100

UNITED STATES DISTRICT COURT
SOUTHERN     DISTRICT OF NEW YORK
-------------------------------------------------------------------------X CASE NO: 19-cv-11271 (DLC)
THURMAN TURNER,

                PLAINTIFF,

             -against-

THE CITY OF NEW YORK; THE NEW YORK
CITY POLICE DEPARTMENT, JOHN DOES #1-#5;
MOHAMMAD JAMAL,   SERGEANT
CHRISTIAN SANCHEZ, SERGEANT ROSA

              DEFENDANTS.
-------------------------------------------------------------X

PLAINTIFF'S   FIRST AMENDED
COMPLAINT AS OF RIGHT, PER
FEDERAL RULE OF CIVIL
PROCEDURE ("FRCP") RULE
15(1)(B)

(Plaintiff demands a trial by jury
of all issues   herein)

The plaintiff, by and through   his      attorney Gary S. Fish, Esq.,   in response to

defendant The City of New York FRCP Rule 12(b)(6) motion to   dismiss complaint,

efiled on December 30, 2020, at 226PM, per   Document #22, of which the Court shall

take judicial notice, plaintiff herewith files, per FRCP Rule 15(1)(B), his First Amended

Complaint as of Right as follows:

## I. PARTIES AND JURISDICTION

   1.  On or about   July 15, 2016, and at   all times relevant herein, the   plaintiff, an African-

American, Male, resided and resides at 230 West 129th Street , #12C, NY, NY 10027.