UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THURMAN TURNER,                          :
                                         :
                         Plaintiff,      :        19cv11271 (DLC)
                                         :
              -v-                        :           ORDER
                                         :
CITY OF NEW YORK, JOHN DOE, and          :
RICHARD DOE,                             :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     For the reasons stated on the record at the January 15,

2021 telephone conference with the parties, it is hereby

     ORDERED that the defendants' December 30, 2020 motion to

dismiss is granted.  The Clerk of Court shall enter judgment for

the defendants and close the case.

Dated:    New York, New York
          January 15, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge