UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THURMAN TURNER,

                    Plaintiff,

      -against-                                19 **CIVIL** 11271 (DLC)

## **JUDGMENT**

CITY OF NEW YORK, JOHN DOE, and
RICHARD DOE,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2021, and for the reasons stated on the record at the January 15, 2021 telephone conference with the parties, the defendants' December 30, 2020 motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

       January 15, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                     **BY:**

                                                **Deputy Clerk**